# Exhibit 2

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE//FOR OFFICIAL USE ONLY

# GANG ASSESSMENT DATABASE
version 4.2




Maintained by the
Boston Regional Intelligence Center



| ELMORE | QUANTAE | 1996 | ACTIVE |
|---|---|---|---|
| LAST | FIRST | DOB (mm/dd/yyyy) | PERSON STATUS |

**ALIASES**

**NICKNAMES**
BUDDHA  [5/15/18]

### GANG AFFILIATIONS & VERIFICATIONS

| VNF | PRIMARY | ACTIVE | Member - Verified (10 points) |
| ORCHARD PARK | SUB-GROUP | ACTIVE | Member - Verified (10 points) |

**Booking Flags:**
🚩 Drugs  🚩 Firearms



CR #   BOOKING #
FBI #   IDENTIFIED BY

**PHOTOS**

### ADDRESSES



| | QUINCY | D14 | INC | [5/4/18] |
| | QUINCY | | BKG | [5/4/18] |
| | RANDOLPH | B2 | FIO | [1/19/18] |
| | RANDOLPH | B2 | FIO | [12/28/17] |
| | RANDOLPH | B2 | FIO | [10/15/17] |

(90 address records found) show more...

## VERIFICATION REPORT DETAILS: VnF

- CONTACT WITH KNOWN GANG MEMBERS/ASSOCIATES (FIO) (2 points per interaction or transaction)
  - W/ James MORALE (FIOFS: F150009044 11/02/2015)
  - W/ Jeffrey TONEY (FIOFS: F150007746 10/17/2015)
  - W/ Kareem WOODS (FIOFS: F150006126 09/08/2015)
- DOCUMENTED ASSOCIATION (BPD 1.1/Incident Report) (If not in custody or incarcerated: 4 points per interaction or transaction)
  - Incident with Khisean DESVARIEUX (Incident: 130424358 07/10/2013)

## VERIFICATION REPORT DETAILS: Orchard Park

- CONTACT WITH KNOWN GANG MEMBERS/ASSOCIATES (FIO) (2 points per interaction or transaction)
  - FIO with OP associates Dario Baxter, Bihlal Bell, Raymond Gaines, Andre Parham, Jaylin Hawkins, Dashawn Matthews, and Marqius Holman (FIOFS: F160020732 09/12/2016)
- DOCUMENTED ASSOCIATION (BPD 1.1/Incident Report) (If not in custody or incarcerated: 4 points per interaction or transaction)
  - Firearm recovery with OP associates Jaylin Hawkins, Dashawn Jette, and Andre Parham (Incident: I162055886 07/14/2016)
  - Firearm arrest with OP associates Alex Slaughter and Geovonnie Mitchell (Incident: I182033787 05/04/2018)

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE//FOR OFFICIAL USE ONLY