# Exhibit 3



| Incident # | Occurred On | Offense | Reports | Address | District |
|---|---|---|---|---|---|
| ▇ | 7/14/2016 12:00:00 AM | WEAPON - FIREARM - CARRYING / POSSESSING, ETC | Incident Report | 45 MOUNT PLEASANT AVE | B2 |

**Subjects**

| Name | DOB | Involvement | Current Home Address |
|---|---|---|---|
| COMM OF MASS | | Victim | , |
| QUANTAE LEE ELMORE | ▇/1996 | Suspect | ▇ QUINCY |
| DEVON TONEY | ▇1998 | Suspect | ▇ BSTN |
| JAYLIN MIKO HAWKINS | ▇/1994 | Suspect | ▇ BSTN |
| KEVIN JAMAL WOODS | ▇1991 | Suspect | ▇ BSTN |
| GAMAIL AMARO | ▇1989 | Suspect | ▇ BSTN |
| DAIQUAN LUCAS | ▇1992 | Suspect | ▇ BSTN |
| JAMES D. MORALE | ▇/1996 | Suspect | ▇ BSTN |

| | | | |
|---|---|---|---|
| ANDRE MARCUS PARHAM-RANKIN | 1996 | Suspect | BSTN |
| JAQUIL OWENS | /1993 | Suspect | |
| DASWAN JETTE | 1996 | Suspect | BOSTON |
| JEFF TONEY | /1996 | Suspect | BSTN |

**Vehicles**

| Plate | State | Make | Model | Color |
|---|---|---|---|---|
| 5JR823 | MA | | | BLA |

**Narratives**

About 1:00am on Thursday, July 14th, 2016, Officers Johnson and Bissonnette in the VK22 and under the supervision of the VK901 Sgt Hynes did recover a firearm in the area of 45 Mt Pleasant St. Officers were traveling on Mt Pleasant St when they observed several known Orchard Park and VNF gang members sitting on the stairs of 45 Mt Pleasant St. Due to recent shots fired and recovered firearms in the area Officers decided to have conversation with some of the above named individuals from inside their unmarked cruiser. Officers exited their cruiser and the group began to disperse with some walking down towards the park on Mt Pleasant St. Officers began to canvas the area for any contraband and located a firearm sitting on top of the rear driver side tire of MA REG 5JR823 which was parked directly in front of the stairs where the 10-12 males were sitting. Officers requested other units to the area. Several Gang Unit and B2 units responded. The firearm was photographed, collected, and processed by Det Donga and Det Higgins. Firearm was black KEL TEC .380 model P3AT, serial #H1P10 loaded with 1 round of R-P .380 and 4 rounds of R-P .380 in the magazine. Firearm to be swabbed for DNA. Officers spoke to owner of MA REG 5JR823 ███████ who came out of an apartment and stated that she did not put the gun on her tire and it was not hers.