# Exhibit 4

| Incident # | Occurred On | Offense | Reports | Address | District |
|---|---|---|---|---|---|
|  | 4/16/2016 12:00:00 AM | WEAPON - FIREARM - CARRYING / POSSESSING, ETC | 2 reports | 1114 HARRISON AVE | B2 |

**Subjects**

| Name | DOB | Involvement | Current Home Address |
|---|---|---|---|
| QUANTAE LEE ELMORE | 1996 | Arrested | QUINCY |
| COMM OF MASS |  | Victim | , |
| QUANTAE ELMORE | 1996 | Arrested | RANDOLPH |
| COMM OF MASS |  | Victim | 170 HANCOCK ST, BSTN |

**Vehicles**

| Plate | State | Make | Model | Color |
|---|---|---|---|---|
| 387KA0 | MA | JEEP | OTHER | GRA |

**Narratives**

About 18:15 PM, on Saturday, 4/16/16, PO's Ezekiel and Burrows in the VK15 on directed patrol in the area of the Orchard Park Housing Project under the supervision of the VK906 (Sgt. Jones) did observe a m/v (grey colored suv) stopped in the middle of Bethune Way talking to a group of people who were congregated on the sidewalk, some of whom were known Orchard Park gang members. The m/v (grey colored suv) had no front license plate and a large crack in the front windshield. The officers drove their unmarked cruiser onto Bethune Way (from Ziegler St) to further investigate the grey colored suv. It should be noted that earlier in the evening, the officers responded to a shots fired call on Crawford St in Roxbury which is an area of a rival gang (H-block). As the officers passed by the grey colored suv, they observed an unknown black male driver quickly straighten up, briefly glance at the unmarked cruiser then look away. The officers slowly proceeded past the m/v, obtained the grey colored suv's registration and continued on to Eustis St. The officers ran the grey colored suv's registration (Ma Reg #387KA0) on their MDT (through the Ma RMV) and received a stolen car prompt. After receiving the stolen car prompt and while trying to obtain further information through the MDT, the officers continued on Eustis St towards Dearborn St where the observed the grey colored suv (Ma Reg #387KA0) traveling from Ziegler St onto Dearborn St. The officers proceeded onto Dearborn and followed the grey colored suv onto Dudley St, outbound towards Hampden St. The grey colored suv (defective driver's side tail light) then proceeded to turn right off of Dudley St onto Adams St, where it pulled over to the left and stopped in front of a fire hydrant. At this point, the officers activated their emergency light and sirens in order to effect a traffic stop. PO Burrows approached the driver's side of the m/v and PO Ezekiel approached the passenger side, while notifying BPD Operations of the traffic stop. PO Burrows announced his office to the driver and requested the driver's license and the m/v's registration. The driver (Quantae Elmore, 96), replied that he did not have a license causing PO Burrows to open the door and remove Mr. Elmore from the m/v. PO Burrows notified PO Ezekiel and placed Mr. Elmore into custody. PO Ezekiel proceeded to conduct a motor vehicle inventory search, during which he observed the glove compartment to be locked. PO Ezekiel removed the key from the ignition and unlocked the glove compartment. PO Ezekiel observed the owners manual pouch inside of the glove compartment with the RMV registration paperwork protruding out of it. PO Ezekiel further inspected the pouch and saw a plastic bag filled with rounds of ammunition inside. PO Ezekiel stepped away from the m/v and advised PO Burrows. PO Burrows immediately notified BPD Operations, as well as the VK906 and requested a transport. The VK906 (Sgt. Jones) responded to the scene and requested detectives. PO Burrows read Mr. Elmore his Miranda

-125-

Rights and requested his License to Carry/FID card. Mr. Elmore replied that he did not have firearm and that the m/v was his Aunt's boyfriend Frank's. PO Ezekiel returned to the m/v and re-inspected the owners manual pouch which he removed from the glove compartment. PO Ezekiel observed the pouch to contain a black colored firearm tucked beside the owners manual, which he then returned back to the glove compartment and secured it. PO Ezekiel appraised his partner and continued searching the m/v. The VK13 (PO's Lundbohm, Griffin and Holt), the VK02 (PO's Holmes & Lyons), the VK09 (PO Hardy & Walsh) along with the VK804 (Det. Ridge) and the VK901 (Sgt Hynes) responded and assisted. The VK804 Proceeded to photograph the scene and recovered the firearm (Amadeo Rossi S.A. 32 Long revolver, black in color) and ammunition (R&P 32 Auto, 6 rounds) The B201F (PO's Curtin/ Morrissey) responded and transported the suspect to Area B2 for booking. Mr. Elmore's m/v was towed by Always Open (slip #20438), BPD Tow Line (Harty) was notified and BPD Form 2012 was completed. Mr. Elmore was charged with Unlawful Possession of a Firearm and Unlawful Possession of Ammunition as well as Operating a M/V without being Licensed. The officers issued Mr. Elmore Massachusetts Uniform Citation M8231159/M8231160 for Operating a m/v without a license, Operating a m/v with a cracked windshield, Operating a m/v without a front plate, equipment violation/ faulty brake light and for parking a m/v at a fire hydrant. During the booking search of Mr. Elmore, a plastic bag containing 1 and a half yellow colored xanax pills was recovered from his person. Mr. Elmore told the officers that they were xanax and that he did not have a prescription for them. The recovered drugs were seized and logged into the Area B2 Drug book (#178, page #125) as evidence. Mr. Elmore was additionally charged with Possession of Class "E" drugs. Further investigation revealed that the suspect's m/v was not stolen and the stolen car prompt was unrelated. The officers also ran the owner ( ███████ 67) of the m/v's (Ma Reg #387KA0) information through the MDT and discovered that he did not have a License to Carry/FID card. ADA Brian Brodigan was contacted and notified.

About 4:11PM on Wednesday, May 11, 2016, Officer Bernazzani assigned to a construction detail at 1114 Harrison Avenue, made an on-site warrant arrest with the assistance of the BK01D (Godin) and other Area B-2 Officers. Officer Bernazzani placed the suspect (Quantae Elmore ███ 1996) under arrest by virtue of a straight warrant (Docket #1602CR000981-F) issued on May 9, 2016 out of Boston District Court for Unlawful Possession of a Firearm (Ch.265-10a), Unlawful Possession of Ammunition (Ch.265-10h), Possession of Class E Drugs (Ch.94C-34), and Unlicensed Operation of M/V (Ch.90-10). The warrant was issued by Judge Horgan. The suspect was transported to Area B-2 by the B101D (McDonough/ Rooney) for booking. Warrant unit notified via fax